### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VALENTINE VENTURES, LLC, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION 14-0352-WS-M** |
| | ) |
| **GULF COAST MINERAL, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The parties have filed a joint stipulation for dismissal.  (Doc. 100).
Although styled as a stipulation, the body of the document "motion[s] this
Honorable Court to dismiss this case with prejudice.  (*Id*.).  The stipulation for
dismissal, construed as a motion to dismiss, is **granted**.  This action is **dismissed
with prejudice**, costs taxed as paid.


DONE and ORDERED this 3rd day of August, 2015.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE